No. 48. IRA B. MILLS ET AL. *v.* NORTHERN PACIFIC RAILWAY COMPANY ET AL.;

No. 49. RAILROAD & WAREHOUSE COMMISSION OF MINNESOTA ET AL. *v.* CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY; and

No. 50. RAILROAD & WAREHOUSE COMMISSION OF MINNESOTA ET AL. *v.* CHICAGO & NORTHWESTERN RAILWAY COMPANY. Appeals from the District Court of the United States for the District of Minnesota. Submitted October 10, 1922. Decided October 16, 1922. *Per Curiam.* Affirmed upon the authority of *Railroad Commission of Wisconsin* v. *Chicago, Burlington & Quincy R. R. Co.,* 257 U. S. 563. *Mr. Clifford L. Hilton* and *Mr. Henry C. Flannery* for appellants. *Mr. Charles W. Bunn, Mr. Dennis F. Lyons* and *Mr. Benjamin W. Scandrett* for appellees in No. 48. *Mr. Richard L. Kennedy, Mr. R. N. Van Doren, Mr. James B. Sheean* and *Mr. F. W. Sargent* for appellees in Nos. 49 and 50.

---

No. 55. SARAH F. DONLEY *v.* ERWIN RAY VAN HORN; and

No. 56. SARAH F. DONLEY *v.* PRESCOTT WEST. Error to the District Court of Appeal, Second Appellate District, of the State of California. Submitted October 11, 1922. Decided October 16, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Schlosser.* v. *Hemphill,* 198 U. S. 173, 175; *Louisiana Navigation Co.* v. *Oyster Commission of Louisiana,* 226 U. S. 99, 101; *Coe* v. *Armour Fertilizer Works,* 237 U. S. 413, 418; *Bruce* v. *Tobin,* 245 U. S. 18, 19. *Mr. A. Haines* for plaintiff in error. *Mr. Charles R. Pierce* and *Mr. John M. Sutton* for defendants in error.